```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 17592
   BELINDA GAIL PIPPINS
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-4776

--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 05/04/2005 and was confirmed 08/04/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 08/09/2007.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                              PAID         PAID
--------------------------------------------------------------------------------
ILLINOIS TITLE LOANS       SECURED             700.00          .00        700.00
INTERNAL REVENUE SERVICE   PRIORITY           7000.00          .00       3526.83
INTERNAL REVENUE SERVICE   NOTICE ONLY      NOT FILED          .00           .00
INTERNAL REVENUE SERVICE   NOTICE ONLY      NOT FILED          .00           .00
B-LINE LLC                 UNSECURED            945.58         .00           .00
ARROW FINANCIAL SERVICES   UNSECURED            426.02         .00           .00
ARROW FINANCIAL SERVICES   NOTICE ONLY      NOT FILED          .00           .00
VERIZON                    UNSECURED            913.68         .00           .00
JEFFERSON CAPITAL SYSTEM   UNSECURED            986.58         .00           .00
HOUSEHOLD BANK             NOTICE ONLY      NOT FILED          .00           .00
NEAL B GOODFRIEND          UNSECURED       NOT FILED          .00           .00
AT & T BANKRUPCTY          UNSECURED            424.38         .00           .00
OMNIUM WORLDWIDE INC       NOTICE ONLY      NOT FILED          .00           .00
PROGRESSIVE MANAGEMENT S   UNSECURED       NOT FILED          .00           .00
INTERNAL REVENUE SERVICE   UNSECURED           3325.37         .00           .00
RENT A CENTER              SECURED                .00          .00           .00
ZALUTSKY & PINSKI LTD      REIMBURSEMENT       194.00          .00        194.00
ILLINOIS TITLE LOANS       UNSECURED            116.10         .00           .00
ZALUTSKY & PINSKI LTD      DEBTOR ATTY       2,700.00                   2,700.00
TOM VAUGHN                 TRUSTEE                                        339.17
DEBTOR REFUND              REFUND                                            .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                7,460.00

PRIORITY                                       3,720.83
SECURED                                          700.00
UNSECURED                                           .00
ADMINISTRATIVE                                 2,700.00

              PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 05 B 17592 BELINDA GAIL PIPPINS
```

```
TRUSTEE COMPENSATION                                           339.17
DEBTOR REFUND                                                     .00
                                         ----------------  ----------------
TOTALS                                          7,460.00          7,460.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


```
                                    /s/ Tom Vaughn
  Dated: 12/05/07                   _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

                              PAGE   2
        CASE NO. 05 B 17592 BELINDA GAIL PIPPINS